USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTHONY G. TAFURI,     :     17-Cv-4957 (SHS)

             Plaintiff,     :

        -v-     :     ORDER

SERVICE CORPORATION INTERNATIONAL,  :
SCI FUNERAL SERVICES OF NEW YORK, INC.,

             Defendants.     :
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       The Court has received the letter dated December 17, 2019 [Doc. No. 56], requesting an adjournment of the February 3, 2020, trial, on behalf of all parties. Accordingly,

       IT IS HEREBY ORDERED that:

       1.     The trial of this matter is adjourned from February 3 to March 9, 2020, at 9:30 a.m.;

       2.     The joint pretrial order, proposed jury charges, and, if the parties wish, proposed voir dire and motions *in limine*, are due on or before February 14, 2020;

       3.     Responses to any motions *in limine* are due by February 21, 2020;

       4.     Oral argument, if necessary, and the final pretrial conference, will take place on March 3, 2020, at 4:00 p.m.; and

       5.     There will be no adjournments of these dates.

Dated: New York, New York
        December 19, 2019

                                                     SO ORDERED:

                                                     Sidney H. Stein, U.S.D.J.