UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ANTHONY G. TAFURI, : 17-Cv-4957 (SHS)

                     Plaintiff, :

      -against- : ORDER

SERVICE CORPORATION INTERNATIONAL, :
and SCI FUNERAL SERVICES OF NEW YORK,
INC., :

                    Defendants. :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court having been notified that this matter has settled,

        IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 60 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then.

Dated: New York, New York
       January 22, 2020

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2020